## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASTERFILE CORPORATION, | |
| Plaintiff, | |
| vs. | Civil Action No.:_____ |
| LAW OFFICE OF JERRY JOSEPH, PLLC, a District of Columbia company, | |
| and | |
| JERRY JOSEPH, an individual | |
| Defendants. | |

## COMPLAINT

Plaintiff MASTERFILE CORPORATION ("Masterfile"), for its Complaint against Defendants, LAW OFFICE OF JERRY JOSEPH, PLLC ("LOJJ") and JERRY JOSEPH ("Joseph") (collectively, "Defendants"), alleges as set forth below:

## INTRODUCTION

1. Plaintiff brings this action for damages and to enjoin Defendants from their violation of the Federal Copyright Act of 1976, as amended, 17 U.S.C. §§ 101, *et seq.*

## PARTIES

2. Masterfile is a Canadian corporation with its principal place of business at 3 Concorde Gate, Fourth Floor, Toronto, Ontario, Canada M3C 3N7. Masterfile is a stock image licensing agency in the business of licensing reproduction and display rights in images to users for a fee.

3.  On information and belief, LOJJ is a for-profit professional limited liability company organized and existing under the laws of the District of Columbia, with its principal place of business in the District of Columbia.  Defendant may be served through its registered agent, Jerry Joseph, 1629 K Street NW Suite 300, Washington, DC 20006.

4.  On information and belief, Joseph is an individual residing in and doing business in the District of Columbia and may be served at his place of business at 1629 K Street NW Suite 300, Washington, DC 20006.

## JURISDICTION AND VENUE

5.  This Court has subject matter jurisdiction for Plaintiff's claims pursuant to  28 U.S.C. §§ 1331 and 1338(a).

6.  This Court has personal jurisdiction over Defendants by virtue of their presence in this District, as well as its transacting, doing, and soliciting business in this District.

7.  Venue is proper under 28 U.S.C. §§ 1391(b)(1) and (c) and 1400(a).

## OPERATIVE FACTS

8.  Masterfile is a photography agency that specializes in licensing rights-managed images for commercial use.  Masterfile partners with and represents professional photographers who seek to license their original images for commercial purposes, including for use on the Internet.

9.  Masterfile obtained and holds the exclusive rights to license the rights-managed images identified by Masterfile as Image No. 700-01248146 and Image No. 700-00748561 (collectively, the "Images"), as shown below as each appears on www.masterfile.com (the "Masterfile Website"):



10. Masterfile executed Artist Agreements with each individual author of the Images, whereby each author granted Masterfile the exclusive right to license the Images.

11. Masterfile has complied in all respects with the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.*, as amended, and all other laws and regulations governing copyrights and has secured the exclusive rights and privileges in and to the copyright for the Images. The Register of Copyrights for the U.S. Copyright Office issued Masterfile Certificates of Registration for the copyright to the Images, numbers VA 1-664-393, effective August 6, 2007 for Image No. 700-01248146, and VA 1-345-179, effective May 11, 2006 for Image No. 700-00748561, shown in Exhibit A, attached.

12. In or about February 2013, Masterfile became aware that Defendants were reproducing and displaying the Images on a website at www.jjosephpatentlaw.com, as shown below (the "Website").





13. Upon information and belief, LOJJ controls, owns, and operates the Website, through which it advertises its services and solicits customers.

14. Upon information and belief, Joseph is the registered agent for LOJJ and its managing, if not sole, member.

15. On or about February 12, 2013, Masterfile provided notice via overnight courier to Defendants that the Images appeared on the Website without authorization of Masterfile or the law.

16. As of approximately March 6, 2013, Defendants removed the Images from the Website and replaced them with other images.

17. Masterfile attempted to correspond with Defendants in an attempt to settle its claims through May 2013, but did not receive any response.

18. From approximately June 2013 through February 2014, Masterfile retained an attorney who repeatedly attempted to contact Defendants to resolve Masterfile's claims.  Neither Masterfile nor its attorney received a response from Defendants.

19. Defendants are not, and have never been, licensed or authorized to reproduce or display the Images on the Website.

20. The Images are original works of authorship fixed in a tangible medium of expression from which they can be perceived, reproduced, or otherwise communicated, either directly or with the aid of a machine or device, and as such are protected by copyright.

21. At all times relevant to this action, Masterfile was either the proprietor of the right, title, and interest in and to the copyright in the Images or obtained those rights in the Images from the original authors, pursuant to 17 U.S.C. § 201.

**COUNT ONE**

**Copyright Infringement – 17 U.S.C. §§ 101 et seq.**

22. Masterfile re-alleges and incorporates by reference paragraphs 1 through 19 above.

23. On information and belief, Defendants had access to the Images through the Internet.

24. Defendants' reproduction and display of the Images are substantially similar to the Images.

25. Defendants have not compensated Masterfile for its reproduction and display of the Images.

26. Without Masterfile's authorization, Defendants reproduced and publicly displayed Masterfile's copyrightable works in violation of 17 U.S.C. § 501.

27. Defendants' conduct violates the exclusive rights belonging to Masterfile as owner of the copyright for the Images, including without limitation, Masterfile's exclusive rights under 17 U.S.C. § 106.

28. As Masterfile first discovered Defendants' reproduction, display, and distribution of the Images in or around February 2013, Masterfile's claims are within the three-year statute of limitations period pursuant to 17 U.S.C. § 507(b).

29. As a direct and proximate result of its wrongful conduct, Defendants have realized and continue to realize profits and other benefits rightfully belonging to Masterfile for the Images.  Accordingly, Masterfile seeks an award of actual damages and profits against Defendants plus attorneys' fees and costs pursuant to 17 U.S.C. §§ 504(b) and 505.

30. In the alternative, because the copyright registrations were timely filed, Masterfile is entitled to and seeks statutory damages against Defendants for their wrongful conduct, including attorneys' fees and costs pursuant to 17 U.S.C. §§ 504(c)(1) and 505.

31. Defendants' infringement of the Images was willful and performed with knowledge that the reproduction and display of the Images were unauthorized; Masterfile is therefore entitled to the recovery of enhanced statutory damages pursuant to U.S.C. § 504(c)(2).

## SECOND CAUSE OF ACTION

### Vicarious Liability of Jerry Joseph

32. Masterfile re-alleges and incorporates by reference paragraphs 1 through 31 above.

33. As managing member of LOJJ, Joseph had both a legal right to stop or limit the directly infringing conduct stemming from LOJJ's use of the Image, as well as the practical ability to do so.

34. Additionally, as managing member of LOJJ, Joseph gained a direct financial benefit from the direct infringement of LOJJ through the unauthorized use of the Image.

35. As such, Joseph had: (1) the right and ability to supervise or control the infringing activity; and (2) a direct financial benefit from that activity.  Therefore, Joseph is vicariously liable for the infringing activity.

36. As a direct and proximate result of Joseph's vicarious infringement as described above, Masterfile has suffered injuries and damages.

## JURY DEMAND

37. Plaintiff demands a trial by jury on all of its claims for relief.

## PRAYER FOR RELIEF

WHEREFORE, Masterfile prays for judgment from this Honorable Court as follows:

1. Issue an order that Defendants' unauthorized conduct violates Masterfile's rights under the Federal Copyright Act at 17 U.S.C. §101, et seq.;

2. Order that Defendants willfully infringed Masterfile's rights to the Images under the Copyright Act.

3. Issue an order that Joseph is vicariously liable for the direct infringement of Masterfile's Images;

4. Order Defendants to account to Masterfile for all gains, profits, and advantages derived from Defendant's infringement of the Images;

5. Order Defendants to pay Masterfile all profits and damages in such amount as may be found pursuant to 17 U.S.C. § 504(b) (with interest thereon at the highest legal rate) for Defendants' infringement of the Images; alternatively, maximum statutory damages in the amount of $30,000 for each infringement pursuant to 17 U.S.C. § 504 (c)(1); or such other amount as may be proper pursuant to 17 U.S.C. § 504;

6. Upon a finding that the infringements were willful, award Masterfile maximum statutory damages in the amount of $150,000 for each of Defendants' infringements of Masterfile's copyrights in the Images pursuant to 17 U.S.C. § 504 (c)(2); or such other amount as may be proper pursuant to 17 U.S.C. § 504;

7. Order Defendants to pay Masterfile its costs of litigation and reasonable attorneys' fees in this action, pursuant to 17 U.S.C. § 505;

8. Order that Defendants are subject to preliminary and permanent injunctions providing that Defendants shall to deliver to Masterfile all copies of the Images and all other materials containing such infringing copies of the Images in Defendants' possession, custody or control;

9.  Order Defendants, their agents, and servants to be enjoined during the pendency of this

action and permanently from infringing the copyrights of Masterfile in any manner and

from reproducing, distributing, displaying, or creating derivative works of the Images;

10. Award prejudgment and post-judgment interest, and all costs of court to Masterfile; and,

11. Order such other and further relief as this Honorable Court deems just and equitable.


Respectfully submitted this day, September 11, 2014.


BROWDY AND NEIMARK, PLLC

By: _____

Ms. Ronni S. Jillions
Bar ID . 375,817
1625 K St., N.W. Suite 1100
Washington, D.C. 20006
Tel: 202-628-5197
Fax: 202-737-3528
Email: rsjillions@browdyneimark.com

ATTORNEYS FOR PLAINTIFF

EXHIBIT A



## Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-664-393**

**Effective date of
registration:**

August 6, 2007

### Title

| | |
|---|---|
| **Title of Work:** | Group Registration for Automated Database entitled www.masterfile.com |
| **Previous or Alternative Title:** | May 1, 2007 to June 30, 2007 Representative publication date: June 30, 2007 (bi-monthly revisions) |
| **Nature of Work:** | Digital Images |

### Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2007 | | |
| **Date of 1st Publication:** | June 30, 2007 | **Nation of 1st Publication:** | Canada |

### Author

| | |
|---|---|
| ■ **Author:** | Jerryworks and other authors |
| **Author Created:** | 2-dimensional artwork, photographs |
| **Work made for hire:** | Yes |
| ■ **Author:** | Masterfile Corporation |
| **Author Created:** | Compilation of 2-dimensional artwork & photographs |
| **Work made for hire:** | Yes |
| ■ **Author:** | Hiep Vu & other authors |
| **Author Created:** | 2-Dimensional artwork, photograph |
| **Work made for hire:** | No |

### Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Masterfile Corporation |
| | 175 Bloor Street East, South Tower, 2nd Floor, Toronto, Ontario, M4W 3R8, Canda |
| **Transfer Statement:** | By Assignment |

Page 1 of 2

### Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Some previously published photographs & artwork |
| **Previously registered:** | No |
| **New material included in claim:** | Revised compilation, new artwork and new photographs. |

### Certification

| | |
|---|---|
| **Name:** | Yvonne Mitchell |
| **Date:** | June 30, 2007 |

| | |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding publication: nation of 1st publication Canada and United States. |
| | Regarding publication: dates range from 5/1/2007 to 6/30/2007 |

Page 2 of 2