UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MASTERFILE CORPORATION | ) | Civil Action No.  1:14-cv-01553-EGS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **JURY DEMANDED** |
| LAW OFFICE OF JERRY JOSEPH, PLLC and | ) | |
| individual JERRY JOSEPH | ) | |
| Defendants. | ) | |

-----------------------------------------------------------------

## DEFENDANTS' ANSWER TO COMPLAINT

Defendants Law Office of Jerry Joseph, PLLC ("LOJJ") and Jerry Joseph (collectively, "Defendants") answer the Complaint filed by Plaintiff Masterfile Corporation ("Masterfile") as follows:

### STATEMENT OF ACTION

**1.** Responding to the allegations in paragraph 1 of the Complaint, Defendants admit that Masterfile purports to bring this action for copyright infringement.

### PARTIES

**2.** Defendants lack information sufficient to form a belief as to the truth of the allegations of paragraph 2 of the Complaint, and accordingly deny them.

**3.** Responding to the allegations in paragraph 3 of the Complaint, Defendant LOJJ admits that LOJJ is a for-profit professional limited liability company and that LOJJ may be served through its registered agent.  Defendants deny the remaining allegations in paragraph 3.

**4.** Defendants lack information sufficient to form a belief as to the truth of the allegations of paragraph 4 of the Complaint, and accordingly deny them.

## JURISDICTION AND VENUE

5. The allegations of paragraph 5 of the Complaint state legal conclusions to which no answer is required. To an extent an answer is required, Defendants deny the allegation in paragraph 5.

6. The allegations of paragraph 6 of the Complaint state legal conclusions to which no answer is required. To an extent an answer is required, Defendants deny the allegation in paragraph 6

7. The allegations of paragraph 7 of the Complaint state legal conclusions to which no answer is required. To an extent an answer is required, Defendants deny the allegation in paragraph 7.

## JURISDICTION AND VENUE

8. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 8 of the Complaint and respectfully refer all matters of law to the court.

9. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 9 of the Complaint and respectfully refer all matters of law to the court.

10. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 10 of the Complaint and respectfully refer all matters of law to the court.

11. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 11 of the Complaint and respectfully refer all matters of law to the court.

12. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations of paragraph 12 of the Complaint.

**13.** Defendants admit the allegations of paragraph 13 of the complaint.  Defendants admit the allegations of paragraph 14 of the Complaint.

**14.** Defendants lack information sufficient to form a belief as to the truth of the allegations of paragraph 15 of the Complaint, and accordingly deny them.

**15.** Defendants lack information sufficient to form a belief as to the truth of the allegations of paragraph 16 of the Complaint, and accordingly deny them.

**16.** Defendants lack information sufficient to form a belief as to the truth of the allegations of paragraph 17 of the Complaint, and accordingly denies them.

**17.** Defendants lack information sufficient to form a belief as to the truth of the allegations of paragraph 18 of the Complaint, and accordingly deny them.

**18.** Defendants lack information sufficient to form a belief as to the truth of the allegations of paragraph 19 of the Complaint, and respectfully refer all matters of law to the court.

**19.** Defendants lack information sufficient to form a belief as to the truth of the allegations of paragraph 20 of the Complaint, and respectfully refer all matters of law to the court.

**20.** Defendants lacks information sufficient to form a belief as to the truth of the allegations of paragraph 21 of the Complaint, and respectfully refer all matters of law to the court.

### ANSWERING THE FIRST CAUSE OF ACTION

**21.** Defendants incorporate their answers to paragraphs 1 through 21 of the Complaint.

**22.** Defendants lack information sufficient to form a belief as to the truth of the allegations of paragraph 23 of the Complaint, and accordingly deny them.

**23.** Defendants lack information sufficient to form a belief as to the truth of the allegations of paragraph 24 of the Complaint, and accordingly deny them.

**24.** Defendants admit the allegations of paragraph 25 of the Complaint.

25. The allegations of paragraph 26 of the Complaint state legal conclusions to which no answer is required. To an extent an answer is required, Defendants deny the allegations in paragraph 26.

26. The allegations of paragraph 27 of the Complaint state legal conclusions to which no answer is required. To an extent an answer is required, Defendant deny the allegations in paragraph 27.

27. Defendants lack information sufficient to form a belief as to the truth of Masterfile's alleged discovery and accordingly deny it. Defendants lack information sufficient to form a belief as to the truth of the remaining allegations of paragraph 28 of the Complaint, and respectfully refer all matters of law to the court.

28. Defendants deny the allegations of paragraph 29 of the Complaint.

29. Defendants lack information sufficient to form a belief as to the truth of Masterfile's timely filing and respectfully refer all matters of law to the court. Defendants deny the remaining allegations of paragraph 30 of the Complaint.

30. Defendants deny the allegations of paragraph 31 of the Complaint that defendants conduct was willful and respectfully refer all matters of law to the court.

## ANSWERING THE SECOND CAUSE OF ACTION

31. Defendants incorporate their answers to paragraphs 1 through 31 of the Complaint.

32. The allegations of paragraph 33 of the Complaint state legal conclusions to which no answer is required. To an extent an answer is required, Defendants deny the allegations in paragraph 33.

33. Defendants lack information sufficient to form a belief as to the truth of the allegations of paragraph 34 of the Complaint, and respectfully refer all matters of law to the court.

**34.** Defendants deny the allegations of paragraph 35 of the Complaint.

**35.** Defendants deny the allegations of paragraph 36 of the Complaint.

## GENERAL DENIAL

1. Defendants deny all allegations of Masterfile's Complaint not specifically admitted herein.

## DEFENSES

1. The Complaint fails to state a claim upon which relief can be granted.

2. Plaintiff's claims are barred in whole or in part by applicable statutes of limitations.

3. Plaintiff lacks standing to bring this suit.

4. Defendants will rely upon the affirmative defense of innocent intent; unintentional infringement; and no knowledge of any alleged copyright infringement.

5. Any alleged use or infringement was *de minimus* or if there was infringement produced *de minimus* damage to plaintiffs.

6. Defendants deny the nature and extent of any injury and/or damages claimed by the Plaintiff and demands strict proof thereof.

7. Plaintiff's claims are barred in whole or in part by the doctrine of laches.

8.. Due to the adequacy of any remedy at law and traditional equitable factors, as well as the First Amendment to the United States Constitution, Plaintiff would not in any event be entitled to injunctive relief.

## JURY DEMAND

Defendants demand trial by jury on all issues joined.

WHEREFORE, having fully responded to Plaintiff's Complaint, Defendants demand judgement in their favor as follows:

1. The judgment be entered in favor of Defendants and against the Plaintiff on Plaintiff's Complaint, and that Plaintiff take nothing or obtain any relief thereby;

2. That Defendants be awarded their costs, disbursements and attorneys' fees incurred herein pursuant to 17 U.S.C. § 505 or any other applicable provision of law; and

3. That Defendants be awarded such other and further relief as the Court deems just and proper.

Respectfully submitted,

 /William E. Bradley/
William E. Bradley (DC 463695)
Michael Best & Friedrich LLP
601 Pennsylvania Ave., NW Ste 700S
Washington, DC 20004
Phone: 202-747-9572
Fax:  202-347-1819
Email: webradley@michaelbest.com

**Attorneys for Defendants**