UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MASTERFILE CORPORATION,<br><br>          Plaintiff,<br><br>vs.<br><br>LAW OFFICE OF JERRY JOSEPH, PLLC, a District of Columbia company,<br><br>and<br><br>JERRY JOSEPH, an individual<br><br>          Defendants. | Civil Action No: 1:14-cv-01553-EGS |

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF**
**DEFENDANTS' OFFER OF JUDGMENT**

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Masterfile Corporation, by and through its attorneys, accepts and provides notice that it has accepted Defendants' Offer of Judgment to Plaintiff dated March 3, 2015, attached as Exhibit A.  By agreement between counsel for Plaintiff and Defendants, Defendants granted Plaintiff an extension of time through and including March 25, 2015, to accept Defendants' Offer of Judgment.

Dated:  March 16, 2015.

                    BROWDY AND NEIMARK, PLLC
                    /s/ Ms. Ronni S. Jillions
                    Ms. Ronni S. Jillions
                    1625 K St., N.W. Suite 1100
                    Washington, D.C. 20006

1

Tel: 202-628-5197
Fax: 202-737-3528
Email: rsjillions@browdyneimark.com

LAW OFFICE OF CAROLYN E. WRIGHT, LLC
Carolyn E. Wright (Pro Hac Vice)
P.O. Box 430, Glenbrook, NV 89413
Tel: 775-589-2229
Fax: 775-580-7322
Email: carolyn@photoattorney.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I certify that I have this day served a copy of the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to registered CM/ECF users.

/s/ Carolyn E. Wright
Carolyn E. Wright
