UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MASTERFILE CORPORATION | ) | Civil Action No. 1:14-cv-01553- |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | RULE 68 |
| | ) | OFFER OF JUDGMENT |
| | ) | |
| LAW OFFICE OF JERRY JOSEPH, PLLC and | ) | |
| JERRY JOSEPH, individually | ) | |
| Defendants. | ) | |

------------------------------------------------------------

**OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, the Defendants together hereby offer to allow entry of a consent judgment against them jointly in the total amount of $8,000.00 for all of plaintiff's claims including all damages allowable under sections 504 and 505 of the Copyright Act including costs and attorney's fees and further state:

1. This offer of judgment is made solely for the purposes specified in Federal Rules of Civil Procedure Rule 68.

2. Acceptance of this offer by Plaintiff will extinguish all claims that Plaintiff has against Defendants related to any matter set forth in Plaintiff's complaint, including, but not limited to, attorney's fees, actual damages, statutory damages and punitive damages.

3. This offer of judgment shall not be filed unless

(a) accepted by Plaintiff; or

(b) in a proceeding to determine costs.

4. In accordance with Federal Rules of Civil Procedure Rule 68(b) this offer of judgment shall be considered withdrawn if not accepted by plaintiff within ten (10) days of receipt.

Dated: March 3, 2015

Respectfully submitted,

/s/ OSCAR MICHELEN

_____
OSCAR MICHELEN (OM5199)
CUOMO LLC
Attorney for Defendants
200 Old Country Road  Suite 2 South
Mineola, NY 11501-4242
516-741-3222  fax: 516-741-3223